# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2018

157452

VINCENT BURGESS,
　　　　　Plaintiff,

v

　　　　　　　　　　　　　　　　　　SC:  157452

ATTORNEY GRIEVANCE COMMISSION,
　　　　　Defendant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

　　　　On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.  We further find that the plaintiff is a vexatious litigator under MCR 7.316(C)(3). We direct the Clerk of this Court not to accept any further filings from plaintiff in any matter against the Attorney Grievance Commission without the filing fee required by MCR 7.319.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2018

Clerk

a0613